IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | MDL NO: 1789 |
| FOSAMAX PRODUCTS LIABILITY LITIGATION | |
| *This Document Relates To*: | CAUSE NO: 07 CV 6182 (VA/JFK) |
| SUSAN SLOAN,<br>    Plaintiff | |
| v. | |
| MERCK & CO., INC.<br>    Defendant. | |

NOTICE OF APPEARANCE

COME NOW David F. Friend and Patrick Hotze of the law firm of Hissey * Kientz, LLP, and hereby notify the Court and counsel of record that they will appear as counsel of record for Plaintiff Susan Sloan. Counsel respectfully requests that all Orders, pleadings and correspondence be served at the address of the attorneys below.

Respectfully submitted,

Date: 7/12/2007

HISSEY * KIENTZ, L.L.P.

_____
DAVID L. FRIEND
Texas Bar No. 00796583
Federal Bar No. 20893
PATRICK O. HOTZE
Texas Bar No. 24047692
Federal Bar No. 712408
9442 Capital of Texas Highway N., # 400
Austin, Texas 78759
(512) 320-9100 Tel
(512) 320-9101 Fax